IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


WILLIAM JASON FREEMAN,

        Petitioner,

v.                              3:09cv546-WS/EMT

KENNETH S. TUCKER,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed February 12, 2012. See Doc. 29. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. Although he was granted an extension of time to file objections, the extended deadline has come and gone with the petitioner having filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1. The magistrate judge's report and recommendation (doc. 29) is hereby ADOPTED and incorporated by reference into this order.

      2. The petitioner's petition for writ of habeas corpus is DENIED.

3.  The clerk shall enter judgment stating: "The petition for writ of habeas corpus is denied."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   26th   day of    April   , 2012.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE